# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHARON WU,

    Plaintiff(s),

v.

ALLSTATE INSURANCE,

    Defendant(s).

Case No.: 2:19-cv-01780-KJD-NJK

**Order**

Pending before the Court is the parties' proposed discovery plan. Docket No. 21. That discovery plan lacks the required certifications. *See* Local Rules 26-1(b)(7), (8), and (9). Moreover, the discovery plan seeks an extraordinary 11 ½ month discovery period, or almost double the presumptively reasonable period. Local Rule 26-1(b)(1).[1] The discovery plan provides insufficiently detailed explanation why such a lengthy discovery period is appropriate in this case. *See* Docket No. 21 at 1-2. Accordingly, the proposed discovery plan is **DENIED**. An amended discovery plan must be filed by January 28, 2020.

IT IS SO ORDERED.

Dated: January 21, 2020

Nancy J. Koppe
United States Magistrate Judge

---

[1] The discovery plan purports to seek a nine-month discovery period. The local rules are crystal clear that the discovery period is measured from the date of a defendant's first appearance. Local Rule 26-1(b)(1). Calculating the proposed discovery period from the date Defendant filed its motion to dismiss, the discovery plan actually seeks a discovery period of 344 days.

1